IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ALEJANDRO HOLGUIN | § | |
| VS. | § | CIVIL ACTION NO. 1:14cv293 |
| CHARLES A. DANIELS | § | |

<u>ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION</u>

Alejandro Holguin, proceeding *pro se*, filed this petition for writ of habeas corpus. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the petition be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Petitioner was granted an extension of time to file objections. However, no objections have been filed to the Report and Recommendation.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge. The dismissal of the petition is based on petitioner's failure to comply with a court order directing him to provide additional information concerning his petition. If petitioner wishes to have this matter reinstated on the court's active docket, he may do so by complying with the court's order within 60 days of the date set forth below.

So **ORDERED** and **SIGNED** this **23** day of **August, 2016.**

_____
Ron Clark, United States District Judge